IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUDIO MARKETING SERVICES,
S.A.S., a foreign corporation,

    Plaintiff,

  v.

MONSTER CABLE PRODUCTS, INC.,
a domestic corporation,

    Defendant.

No. C 12-04760 WHA

**ORDER REFERRING CASE TO ADR UNIT FOR MEDIATION AND CANCELLATION OF REFERRAL FOR PRIVATE MEDIATION**

    Per stipulation of the parties, this matter is hereby **REFERRED** to the **ADR UNIT** for **MEDIATION** and **CANCELS** the referral for private mediation.

    **IT IS SO ORDERED.**

Dated:  December 26, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE