IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUDIO MARKETING SERVICES, S.A.S.,

    Plaintiff,

  v.

MONSTER CABLE PRODUCTS, INC.,

    Defendant.

      /

No. C 12-04760 WHA

**ORDER REQUESTING SUPPLEMENTAL BRIEFING**

On September 5, 2013, a motion hearing on defendant's motion for attorney's fees took place. The Court requested supplemental briefing on the issue of whether defendant's motion for attorney's fees was timely. Counsel for both parties are hereby ordered to file supplemental materials, which may include briefs not to exceed ten pages, regarding information requested at the September 5 motion hearing. The initial submissions shall be due by **NOON ON September 11, 2013**. Response briefs of no more than five pages shall be due by **NOON ON September 12, 2013**.

**IT IS SO ORDERED.**

Dated: September 6, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE