IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUDIO MARKETING SERVICES,

    Plaintiff,

v.

MONSTER CABLE PRODUCTS,

    Defendant.

No. C 12-04760 WHA

**ORDER RE STIPULATION**

The Court declines to approve the stipulated request to vacate all deadlines and retain jurisdiction to enforce the terms of the confidential settlement agreement at issue. The Court rarely retains jurisdiction to enforce settlement agreements. It may decide to do so if it could see the terms of the confidential settlement agreement so it could see what it was retaining jurisdiction to enforce.

All prior deadlines remain in effect.

**IT IS SO ORDERED.**

Dated: October 29, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE