IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUDIO MARKETING SERVICES,

    Plaintiff,

v.

MONSTER CABLE PRODUCTS,

    Defendant.

No. C 12-04760 WHA

**ORDER RE SETTLEMENT AGREEMENT**

    Having reviewed the confidential settlement agreement, the parties' request that the Court retain jurisdiction to enforce the terms of the settlement agreement is **GRANTED**. The Court will retain jurisdiction only until **OCTOBER 29, 2014, AT NOON**. This matter remains shall remain closed and **ALL DEADLINES ARE HEREBY VACATED**.

    **IT IS SO ORDERED.**

Dated: November 18, 2013.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE